# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

**PATRICIA HOVI**
        **Plaintiff,**

  v.                                                                     Case No. 12-C-169

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
        **Defendant.**

---

### ORDER

Based upon the parties' stipulation and the court's finding that the fees incurred are both reasonable and necessary and qualify under the Equal Access to Justice Act ("EAJA"),

**IT IS HEREBY ORDERED** that an award of attorney fees in the sum of $7300.00 shall be paid by defendant in full satisfaction and settlement of any and all claims plaintiff may have in this matter pursuant to the EAJA. These fees are awarded to plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States. <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010). If counsel for the parties verify that plaintiff owes no pre-existing debt subject to offset, defendant shall direct that the award be made payable to plaintiff's attorney pursuant to the EAJA assignment duly signed by plaintiff and counsel.

Dated at Milwaukee, Wisconsin this 22nd day of November, 2013.

                                              /s Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge